UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-04102-Torres

FILED BY TS D.C.
Oct 25, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

PENDA H. CHAM,

    Defendant.
_____/

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

BY:   /s/ Daniel Rosenfeld
       DANIEL ROSENFELD
       ASSISTANT UNITED STATES ATTORNEY
       Court ID No. A5503081
       99 NE 4th Street
       Miami, Florida 33132-2111
       Tel (305) 961-9268
       Fax (305) 530-7976
       Daniel.Rosenfeld@usdoj.gov

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

PENDA H. CHAM,

**CRIMINAL COMPLAINT**

CASE NUMBER: 23-mj-04102-Torres

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 23, 2023, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, PENDA H. CHAM, did, in a matter within the jurisdiction of the executive branch of the United States, knowingly and willfully make a false statement as to a material fact to an Officer of U.S. Customs and Border Protection, in violation of Title 18, United States Code, Section 1001(a)(2).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP",) and that this complaint is based on the following facts:

On or about October 23, 2023, the defendant, PENDA H. CHAM, arrived at Miami International Airport on Turkish Airlines Flight #157 from Istanbul. The defendant presented a Gambian passport, U.S. visa, and an employment letter from Celebrity Cruises to CBP for an examination and entry into the United States. The employment letter purported to guarantee the defendant employment aboard a Celebrity Cruise Line cruise ship. The defendant was referred to secondary inspection for admissibility verification. During an examination of the defendant's travel documents, CBP Officers discovered that the employment letter presented by the defendant was not genuine. CBP Officers contacted Celebrity Cruises for employment verification for the defendant. Celebrity Cruises indicated that the defendant was not employed by the cruise line. During a secondary interview, the defendant conceded that she had falsely told CBP that she had traveled to the United States to work on a cruise ship and had presented a fraudulent employment letter in order to gain entry to the United States. Finally, the defendant admitted to buying the employment letter on the Internet from a third party.

*Narciso S. Fernandez* ID#CAR08086
_____
**NARCISO FERNANDEZ, ENFORCEMENT OFFICER**
**U.S. CUSTOMS AND BORDER PROTECTION**

Attested to by the Applicant in accordance with the
the requirements of Fed.R.Crim.P. 4.1 by Telephone.

October 25, 2023    at    Miami, Florida
**Date**                                                         **City and State**

**EDWIN G. TORRES**
**UNITED STATES MAGISTRATE JUDGE**
**Name and Title of Judicial Officer**                      **Signature of Judicial Officer**